**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Sandra G. Ezell (SBN: 325046)
Eden M. Darrell (SBN: 295659)
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone:   804.533.2900
Facsimile:   804.616.4129
Sandra.ezell@nelsonmullins.com
Eden.darrell@nelsonmullins.com

Trevor Zeiler (SBN: 325543)
19191 South Vermont Ave., Suite 900
Torrance, CA 90502
Telephone:   424.221.7400
Facsimile:   424.221.7499
trevor.zeiler@nelsonmullins.com

Mark R. Nash (Pro Hac Vice)
Dennis Hom (Pro Hac Vice)
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone:   404.322.6000
Facsimile:   404.322.6381
mark.nash@nelsonmullins.com
dennis.hom@nelsonmullins.com

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA JACKSON and GEORGE JACKSON, JR, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC. and DOES ONE through ONE HUNDRED, <br><br> Defendants. | Case No. 5:22-CV-04380-PCP <br><br> (Removed from Santa Clara County Superior Court – Case No. 22CV399465) <br><br> **DECLARATION OF TREVOR ZEILER IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO DISQUALIFY JUDGE P. CASEY PITTS** <br><br> Date:  February 20, 2025 <br> Time:  10:00 a.m. <br> Courtroom: 8 <br><br> District Judge: P. Casey Pitts <br> Magistrate Judge: Virginia K. DeMarchi <br><br> Trial Date:  May 12, 2025 <br> Action Filed: June 1, 2022 |

///

I, Trevor C. Zeiler, declare as follows:

1. I am an attorney admitted to practice before all courts of the State of California and the Northern District Court. I am an attorney employed by Nelson Mullins Riley & Scarborough LLP, attorneys of record for defendant Tesla, Inc. I have personal knowledge of all the facts set forth herein, and if called upon to do so by the court, could and would testify competently thereto. As to those matters stated upon information and belief, I am informed and believe such matters to be true.

2. I make this declaration in support of Tesla, Inc.'s Motion to Disqualify Judge P. Casey Pitts.

3. Attached hereto as **Exhibit A** is a true and correct copy of a Notice of Appearance Filed by Altshuler Berzon LLP ("Altshuler") on December 3, 2021 in *Diaz v. Tesla, Inc*., Case No. 17-cv-06748.

4. On January 25, 2022, Altshuler submitted a letter to the court concerning the hearing on Tesla's post-trial motion. In the letter, Altshuler argued that the *Shaw v. United States*, 741 F.2d 1202 (9th Cir. 1984), did not require the court to compare the size of the jury's compensatory damages verdict to other comparable jury verdicts. Judge Pitts' name is on Altshuler's letterhead for the letter submitted to the court. Attached hereto as **Exhibit B** is a true and correct copy of the letter submitted by Altshuler in *Diaz v. Tesla, Inc*. with Judge Pitts' name on the letterhead.

5. The court denied Tesla's motion for a new trial, conditioned on the plaintiff's acceptance of a remittitur, which the plaintiff rejected. Attached hereto as **Exhibit C** is a true and correct copy of the Order denying Tesla's motion for a new trial in *Diaz v. Tesla, Inc*.

6. On November 4, 2022, the plaintiff filed an opposition to another motion for new trial that Tesla had filed. Altshuler prepared and submitted plaintiff's opposition to this motion, which was signed by Michael Rubin, a partner at the Altshuler firm. Attached hereto as **Exhibit D** is a true and correct copy of the plaintiff's opposition to the motion for new trial in *Diaz v. Tesla, Inc.*

7. Attached hereto as **Exhibit E** is a true and correct copy of a blog article Altshuler Berzon LLP posted on its website in which it argued that Tesla was not entitled to a new trial in *Diaz v. Tesla, Inc*.

8. On April 3, 2023, the second jury reached a verdict, this time awarding $175,000 in compensatory damages and $3,000,000 in punitive damages Attached hereto as **Exhibit F** is a true and correct copy of an ABC article commenting on the *Diaz v. Tesla, Inc.* verdict.

9. On March 15, 2024, and after both parties had filed appeals from this verdict, the matter settled. Attached hereto as **Exhibit G** is a true and correct copy of an NBC article commenting on the *Diaz v. Tesla, Inc.* settlement.

10. Attached hereto as **Exhibit H** is a true and correct copy of an NPR article commenting on the *Diaz v. Tesla, Inc.* case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of January, 2025 at Torrance, California.

                                          */s/ Trevor C. Zeiler*
                                          Trevor C. Zeiler

# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I filed the foregoing document entitled ***DECLARATION OF TREVOR ZEILER IN SUPPORT OF DEFENDANT TESLA, INC.'S MOTION TO DISQUALIFY JUDGE P. CASEY PITTS*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                           */s/ Trevor C. Zeiler*
                                           Trevor C. Zeiler