# EXHIBIT "A"

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DEMETRIC DI-AZ, et al.,<br>*Plaintiff*<br>v.<br>TESLA, INC. dba TESLA MOTORS, INC., et al.,<br>*Defendant* | )<br>)<br>) Case No. 3:17-cv-06748-WHO<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Owen Diaz .

Date: 12/03/2021

/s/Jonathan Rosenthal
*Attorney's signature*

Jonathan Rosenthal (SBN 329638)
*Printed name and bar number*

Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, CA 94108
*Address*

jrosenthal@altshulerberzon.com
*E-mail address*

(415) 421-7151
*Telephone number*

(415) 362-8064
*FAX number*