# EXHIBIT "F"

1/7/25, 10:15 AM
Tesla ordered to pay more than $3 million to former Fremont, Calif. plant worker in racism suit - ABC7 Los Angeles

Case 5:22-cv-04380-PCP    Document 57-7    Filed 01/10/25    Page 2 of 7

 24/7 Live

SOCIETY

# Tesla ordered to pay more than $3 million to former worker in racism suit

By Ramishah Maruf and Chris Isidore, CNN, CNNWire
Monday, April 3, 2023

    



FREMONT, Calif. -- A jury ordered Tesla to pay over $3 million Monday in a racial discrimination case brought by a former employee of its assembly plant in Fremont, California.

The case was brought by Owen Diaz, who worked as an elevator operator at the plant. He reported he regularly heard racial slurs, including the N-word, on the Fremont factory

floor, and saw racist graffiti in bathrooms and a racially insensitive cartoon.

A San Francisco federal jury said the electric car company will have to pay Diaz a total of $3,175,000.

**The video in the player above is not related to the current story. The [ABC7 Bay Area 24/7 streaming channel](#) allows you to see news throughout the day.**

In October 2021, [a jury awarded him $137 million in damages in the case](#), but a federal judge threw out that award as excessive. US District Judge William Orrick offered Diaz $15 million in damages in the case instead, but Diaz rejected the offer, choosing instead to have a new trial. It is that second trial in which the jury awarded Diaz the new amount.

The trial is separate from another case brought by the California Department of Fair Employment and Housing, which said the agency had received "hundreds" of complaints from workers alleging racism and harassment at the Fremont factory.

Tesla has denied the charges that the situation was as bad as alleged in the two suits, but it has admitted there were problems which needed to be addressed at the plant.

In a blog post the company posted after the original 2021 verdict for $137 million, Valerie Capers Workman, then Tesla's Vice President, People, wrote, "We do recognize that in 2015 and 2016 we were not perfect. We're still not perfect. But we have come a long way from 5 years ago. We continue to grow and improve in how we address employee concerns."

Case 5:22-cv-04380-PCP    Document 57-7    Filed 01/10/25    Page 4 of 7

Capers Workman, who is Black, has since left Tesla.

*The-CNN-Wire & 2023 Cable News Network, Inc., a Warner Bros. Discovery Company. All rights reserved.*



**Get ABC7's top stories in your inbox every day with one click**

Sign up for our daily newsletter

**Email Address\***

```
Name@emaildotcom
```

Yes! I would like to receive the Daily News Headlines Newsletter. By creating an account, you agree to our **Terms of Use** and acknowledge that you have read our **Privacy Policy** and **US State Privacy Rights Notice**.

Sign Up

\*Required Fields

Report a correction or typo

## Related Topics

**SOCIETY**    **FREMONT**    **TESLA**    **RACISM**    **LAWSUIT**    **WORKPLACE**

1/7/25, 10:15 AM                    Tesla ordered to pay more than $3 million to former Fremont, Calif., plant worker in racism suit - ABC7 Los Angeles

Case 5:22-cv-04380-PCP    Document 57-7    Filed 01/10/25    Page 5 of 7

FROM THE WEB                                                                                                          Promoted Links by Taboola

**Co-Founder of Google Brain, Andrew Ng, Recommends: 5 Books For Turning Your Life Around**
Blinkist: Andrew Ng's Reading List

**Actress Spills Hollywood Trick For Slim Body: "We All Do It"**
ExpertsInGettingSlim.co

**The 5 Stupidest Things Americans Overspend On (Hint: Coffee Isn't One of Them)..**
BetterBuck

**3 dead, teen in coma after American family shot while on vacation in Mexico over the holidays**

**Teen actor Hudson Meek, who appeared in 'Baby Driver,' dies after falling from moving vehicle**

**Actress Aubrey Plaza releases statement following death of husband, filmmaker Jeff Baena**

**Why this 'Sleeved' Cashmere Wrap is a Must-have Gift of 2024**
FashionInUSA                                                                                                                                    Learn More

**Seniors Can Now Fly Business Class For the Price Of Economy**
Online Shopping Tools

**4 Foods That Clog The Liver And Keep Weight On (What You Should Avoid)**
Upwellness

Topics

1/7/25, 10:15 AM	Tesla ordered to pay more than $3 million to former Fremont, Calif., plant worker in racism suit - ABC7 Los Angeles

Case 5:22-cv-04380-PCP    Document 57-7    Filed 01/10/25    Page 6 of 7

Home

Weather

Traffic

Watch

Photos

Apps

**Regions**

Los Angeles

Orange County

Inland Empire

Ventura County

California

**More Content**

ABC7 En Español

U.S. & World

Live Video

Politics

Investigations

Consumer

Shop

**Company**

#ABC7Eyewitness Tips

TV Listings

ABC7/Contact

Meet the News Team

Jobs/Internships

ABC7 Merchandise

Case 5:22-cv-04380-PCP   Document 57-7   Filed 01/10/25   Page 7 of 7

 

Privacy Policy    Do Not Sell or Share My Personal Information    Children's Privacy Policy    Your US State Privacy Rights    Terms of Use    Interest-Based Ads    Public Inspection File    FCC Applications    Copyright © 2025 KABC Television, LLC. All Rights Reserved.