# EXHIBIT "G"

   LIVESTREAM   SIGN IN

# TECH

# Tesla settles with Black worker who won two trials over racist discrimination

PUBLISHED FRI, MAR 15 2024•4:12 PM EDT    UPDATED FRI, MAR 15 2024•5:00 PM EDT


Lora Kolodny
@IN/LORAKOLODNY/

WATCH LIVE

## KEY POINTS

- Tesla has settled a racial discrimination lawsuit in which a federal jury previously awarded $3.2 million in damages to Owen Diaz, a Black man who worked as an elevator operator there in 2015.

- Diaz's attorneys with the California Civil Rights Law Group said, "The parties have reached an amicable resolution of their disputes. The terms of the settlement are confidential and we will not have additional comment."

Follow your favorite stocks   CREATE FREE ACCOUNT

**In this article**

TSLA  -13.45 (-3.27%)

         
MARKETS   VIDEO   WATCHLIST   MENU

 **LIVESTREAM**    **SIGN IN**



**Workers assemble cars on the line at Tesla's factory in Fremont. David Butow (Photo by David Butow/Corbis via Getty Images)**
*David Butow | Corbis News | Getty Images*

Electric vehicle maker Tesla has settled a racist discrimination lawsuit in which a federal jury previously awarded $3.2 million in damages to Owen Diaz, a Black man who worked as an elevator operator at its Fremont, California factory in 2015.

Attorney Lawrence Organ, with the California Civil Rights Law Group, who represented Diaz told CNBC via e-mail: "The parties have reached an amicable resolution of their disputes. The terms of the settlement are confidential and we will not have additional comment."

The same firm is representing current and former Tesla employees in a proposed class action lawsuit, Marcus Vaughn v. Tesla Inc., alleging that the racist discrimination and harassment of Black workers has continued at the automaker. Diaz is not part of that litigation.

Organ told CNBC by phone on Friday, "It took immense courage for Owen Diaz to stand up to a company the size of Tesla. Civil rights laws only work if people are willing to take those kinds of risks. Even though the litigation chapter of his life is over, there's still a lot of work to do for Tesla."

He said, "When I started this case, I suggested that the conduct would stop if Elon Musk would

 MARKETS     VIDEO     WATCHLIST    MENU

LIVESTREAM  SIGN IN

isn't he stopping this conduct." That's what doesn't make sense to me. Tesla is supposed to be the factory of the future. But this conduct is from the Jim Crow past."

The U.S. Equal Employment Opportunity Commission has also sued Tesla, accusing the automaker of violating "federal law by tolerating widespread and ongoing racial harassment of its Black employees and by subjecting some of these workers to retaliation for opposing the harassment."

Tesla has called the EECO's allegations "a false narrative that ignores Tesla's track record of equal employment opportunity."

## Diaz's case

In 2023, as CNBC previously reported, Diaz testified in a San Francisco federal court that his colleagues at Tesla regularly used racist epithets to denigrate him and other Black workers, made him feel physically unsafe at the factory, told him to "go back to Africa" and left racist graffiti in restrooms.

Diaz's Tesla colleagues also left a racist drawing in his workspace, he said. The drawing was a rudimentary reference to Inki the Caveman, a 1950s-era cartoon whose main character is a Black boy portrayed with large lips, wearing a loincloth, earrings, and a bone through his hair.

During his trials, Diaz recounted that he had encouraged his son to work at Tesla, but would later regret the referral because his son was also exposed to a racially hostile workplace.

In his first trial, a jury awarded Diaz a much larger verdict, including punitive damages, of $137 million after he and his attorneys persuaded the jury that he had endured serious racist discrimination and the company failed to take all reasonable steps to end and prevent that and further civil rights violations.

Diaz and Tesla sought a retrial to decide damages after Judge William H. Orrick reduced the jury's awarded amount to $15 million. Diaz once again prevailed, securing the $3.2 million verdict.

## Elon Musk on X

The settlement with Diaz comes as Tesla CEO Elon Musk faces widespread criticism for his


MARKETS


VIDEO


WATCHLIST

MENU

1/7/25, 10:17 AM	Case 5:22-cv-04380-PCP   Document 57-8   Filed 01/10/25   Page 5 of 12
Tesla settles racial discrimination lawsuit
LIVESTREAM
SIGN IN

month on X, and shared posts smearing Haitian migrants as likely cannibals.

Progressive news organization MotherJones also reported that "the tech billionaire has been retweeting prominent race scientist adherents on his platform," and "spreading misinformation about racial minorities' intelligence and physiology."

Tesla, which lacks a traditional public relations office in North America, did not respond to a request for comment.

Follow your favorite stocks  **CREATE FREE ACCOUNT**

**In this article**

TSLA  -13.45 (-3.27%)


MARKETS


VIDEO

WATCHLIST

MENU

 ⬤LIVESTREAM  SIGN IN


**Trump announces $20 billion foreign investment to build new U.S. data centers**


**I'm from Japan, home to some of the world's longest living people: What I eat for breakfast every day**


**39-year-old makes $18K/month in passive income without a degree: 'The best business decision I made'**


CLUB **We're making 2 trades to better position our portfolio to ride the M&A wave**


**S&P 500 wavers, pressured by higher Treasury yields**

Sponsored Links by Taboola

## FROM THE WEB

### One Stock That You Need To Watch In 2024

Trading Whisperer

[Get Quote]

### Surging AI Tech Stock

stockstreetnews.com

[Get Quote]

| FROM CNBC | FROM THE WEB |
|---|---|
| BMW plans to install | AI Bot Flips Wall Street on Its Head: Turns |


MARKETS   VIDEO   WATCHLIST   MENU

https://www.cnbc.com/2024/03/15/tesla-settles-racial-discrimination-lawsuit.html    5/11

 LIVESTREAM   SIGN IN

**Elon Musk asks if America should 'liberate Britain' in fight with UK government**

**United Airlines accelerates deployment of Starlink**

**U.S. gas to the rescue? How Europe is coping after Ukraine cuts off Russian supply**

**Social Security Fairness Act brings retirement changes for nearly 3 million public pensioners. Here's what that means for retirees**

**Frontier plans new flights from JFK to big American Airlines hubs Miami, Los Angeles and Dallas**

**The 5 Stupidest Things Americans Overspend On (Hint: Coffee Isn't One of Them)..**
Sponsored : BetterBuck

**Why Every Trainer Needs BlazePod in 2025**

Sponsored : BlazePod

# MORE IN TECHNOLOGY

## Amit Yoran, chair and CEO of cybersecurity firm Tenable, dies unexpectedly after cancer battle

**Alex Harring**


MARKETS


VIDEO


WATCHLIST

MENU

  LIVESTREAM SIGN IN

### Nvidia, chip stocks pop after Foxconn reports record...

Ryan Browne

Tencent shares fall 8% in Hong Kong after U.S. designates it a Chinese military company

Lim Hui Jie 16

Volkswagen and Xpeng to build super-fast charging network in China for EVs

Arjun Kharpal

Nvidia releases gaming chips for PCs, tapping AI features from data center GPUs

Kif Leswing 14

**FROM THE WEB** by Taboola

### Why this 'Sleeved' Cashmere Wrap is a Must-have Gift of 2024

It's so soft and warm...

 MARKETS    VIDEO    WATCHLIST   MENU

 

⦿ LIVESTREAM    SIGN IN

**Bear Approaches Woman At Bus Stop And Follows Her -...**

Sponsored Bitcoinwisdom    Click Here

**4 Foods That Clog The Liver And Keep Weight On (What You Should Avoid)**

Sponsored Upwellness    Learn More

**Smart CPAP Users Swear By This For Mouth Leaks & Dry Mouth**

Sponsored Papmd

**Empty Antarctica Cruises Cost Almost Nothing (Take A Look)**

Sponsored SearchCommons | Search Ads

**FROM THE WEB**    by Taboola

**3 Toxic Foods For Dogs: The One Meat You Should Never Feed Your Dog**

Top vet shares the most important meat you should not give your dog!


MARKETS


VIDEO


WATCHLIST

MENU



LIVESTREAM  SIGN IN

### Beachfront hotels with All Inclusive 24/7 service

Book direct to unlock RIU Class …

The best walking shoes are suitable for men to wear all day.

Made in USA

*Sponsored Shoeloom*  Shop Now

**WSOP Poker Finally on Desktop: The King of Poker Games Is Breaking Records**

Get On It Now And Experience It With 1,000,000 Free Poker Chips

*Sponsored World Series of Poker*  Play Now

**New Small Electric Car For Seniors - The Price May Surprise You**

*Sponsored GoSearches | Search Ads*

## MORE FROM CNBC

### Washington Post cartoonist quits after drawing with Trump rejected

Jesse Pound


MARKETS


VIDEO


WATCHLIST

MENU



⦿ LIVESTREAM    SIGN IN

### Ukraine just stopped Russian gas flows to...

Sam Meredith

### What went wrong for Spirit Airlines?

Erin Black

### Trump says Britain is 'making a very big mistake' with North Sea windfall tax

Sam Meredith

### Stocks making the biggest moves premarket: FuboTV, American Airlines, Nvidia, Microsoft and more

Sean Conlon



| | |
|---|---|
| Subscribe to CNBC PRO | Subscribe to Investing Club |
| Licensing & Reprints | CNBC Councils |
| Select Personal Finance | CNBC on Peacock |
| Join the CNBC Panel | Supply Chain Values |
| Select Shopping | Closed Captioning |
| Digital Products | News Releases |
| Internships | Corrections |
| About CNBC | Ad Choices |
| Site Map | Podcasts |
| Careers | Help |
| Contact | |



⏵LIVESTREAM    SIGN IN

## News Tips

Got a confidential news tip? We want to hear from you.

**GET IN TOUCH**

## Advertise With Us

**PLEASE CONTACT US**

## ✉ CNBC Newsletters

Sign up for free newsletters and get more CNBC delivered to your inbox

**SIGN UP NOW**

Get this delivered to your inbox, and more info about our products and services.

Privacy Policy

Your Privacy Choices

CA Notice

Terms of Service

© 2025 CNBC LLC. All Rights Reserved. A Division of NBCUniversal

Data is a real-time snapshot *Data is delayed at least 15 minutes. Global Business and Financial News, Stock Quotes, and Market Data and Analysis.

**Market Data Terms of Use and Disclaimers**

Data also provided by


MARKETS


VIDEO


WATCHLIST

MENU