# EXHIBIT "H"

Case 5:22-cv-04380-PCR Document 57-9 Filed 01/10/25 Page 2 of 11



RLY NEWS
Play Live Radio
EN LIVE

PLAYLIST

**np r**                                                                    DONATE

---

BUSINESS

# Tesla must pay $137 million to a Black employee who sued for racial discrimination

UPDATED OCTOBER 5, 2021 · 1:56 PM ET

By Joe Hernandez



A former contract elevator operator at a Tesla factory said that instead of a "modern workplace," he found a "scene straight from the Jim Crow era."

*Justin Sullivan/Getty Images*

A federal jury in San Francisco has ordered Tesla to pay a former Black contractor $137 million over claims that he was subjected to racial discrimination at work.

Owen Diaz, who worked as a contract elevator operator at Tesla's factory in Fremont, Calif., from 2015 to 2016, said in his lawsuit that he and others were called the N-word by Tesla employees, that he was told to "go back to Africa" and that employees drew racist and derogatory pictures that were left around the factory.

The suit said Diaz was excited to go to work for Tesla, but that instead of a "modern workplace," he found a "scene straight from the Jim Crow era."

## Diaz says nothing was done to stop it

Diaz said that he complained about the discriminatory treatment to Tesla and the contracting companies Citistaff and nextSource, but that nothing was ever done to stop it.

"I'm gratified that the jury saw the truth and that they sent a message to Tesla to clean up its workplace," Larry Organ, one of Diaz's attorneys, told NPR.

The jury award included $130 million in punitive damages and $6.9 million in emotional damages, according to the verdict. Organ said he believed it was the largest award in a racial harassment case involving a single plaintiff in U.S. history.

"Owen and I both hope that this sends a message to corporate America to look at your workplace and, if there are problems there, take proactive measures to protect employees against racist conduct," Organ added. "It is happening, and we need to do something about it."

## Tesla says its workplace culture has "come a long way"

Valerie Capers Workman, Tesla's vice president of people, said in a statement on the automaker's website that witnesses at trial corroborated the fact that people used the N-word on the factory floor, but that those witnesses also said the word was often used in a "friendly" manner. Workman said that Tesla followed up on Diaz's complaints, and that the staffing agencies fired two contractors and suspended another.

"While we strongly believe that these facts don't justify the verdict reached by the jury in San Francisco, we do recognize that in 2015 and 2016, we were not perfect.

1/7/25, 10:18 AM
Case 5:22-cv-04380-PCR   Document 57-9   Filed 01/10/25   Page 4 of 11
Tesla to pay $137 million to former contractor in racial discrimination case : NPR

We're still not perfect. But we have come a long way from 5 years ago," Workman said.

"The Tesla of 2015 and 2016 (when Mr. Diaz worked in the Fremont factory) is not the same as the Tesla of today," she added.

tesla

## More Stories From NPR



NATIONAL
**2 bodies found in JetBlue plane's landing gear compartment at a Florida airport**



NEWSLETTER
**What America's top economists are saying about AI and inequality**

Case 5:22-cv-04380-PCR    Document 57-9    Filed 01/10/25    Page 5 of 11



BUSINESS

## McDonald's says it is revising some of its diversity practices



THE INDICATOR FROM PLANET MONEY

## Why Netflix spent billions for WWE



TECHNOLOGY

## Meta taps Trump ally and UFC CEO Dana White to join its board

1/7/25, 10:18 AM
Case 5:22-cv-04380-PCR    Document 57-9    Filed 01/10/25    Page 6 of 11
Tesla to pay $137 million to former contractor in racial discrimination case : NPR



**BUSINESS**

## CFPB sues Berkshire Hathaway-owned mortgage lender for alleged predatory practices

## Popular on NPR.org



**POLICY-ISH**

## New rules will ban medical debt from your credit report



**NATIONAL**

## Millions of public workers are set to get higher Social Security benefits. Here's why

Tesla to pay $137 million to former contractor in racial discrimination case : NPR



UNTANGLING DISINFORMATION
# Meta says it will end fact checking as Silicon Valley prepares for Trump



EUROPE
# A Dutch project publicizes the names of half a million suspected Nazi collaborators



POLITICS
# Biden creates 2 new national monuments, setting a conservation record



**PLANET MONEY**

## The potato-shaped loophole in free trade

## NPR Editors' Picks



**AFRICA**

## The U.S. says Sudan's rebel forces have committed genocide



**MOVIE REVIEWS**

## She's his boss at work, he's her boss in bed in the unsatisfying 'Babygirl'



**UKRAINE INVASION — EXPLAINED**

## In a workforce transformed by war, Ukrainian women are now working in coal mines



**EUROPE**

## Jean-Marie Le Pen, French fiery far-right leader, dies at 96



**GOATS AND SODA**

## They were going to be doctors. Instead, they had to dodge bombs and flee war



YOUR HEALTH

## Tiny fish on ketamine may show how drug eases depression

| READ & LISTEN | CONNECT |
|---|---|
| **Home** | **Newsletters** |
| **News** | **Facebook** |
| **Culture** | **Instagram** |
| **Music** | **Press** |
| **Podcasts & Shows** | **Public Editor** |
| | **Corrections** |
| | **Contact & Help** |

| ABOUT NPR | GET INVOLVED |
|---|---|
| **Overview** | **Support Public Radio** |
| **Diversity** | **Sponsor NPR** |
| **NPR Network** | **NPR Careers** |
| **Accessibility** | **NPR Shop** |
| **Ethics** | **NPR Events** |
| **Finances** | **NPR Extra** |

terms of use

privacy

your privacy choices

text only

© 2025 npr