**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Sandra G. Ezell (SBN: 325046)
Eden M. Darrell (SBN: 295659)
901 East Byrd Street, Suite 1650
Richmond, VA 23219
Telephone:   804.533.2900
Facsimile:    804.616.4129
Sandra.ezell@nelsonmullins.com
Eden.darrell@nelsonmullins.com

Trevor Zeiler (SBN: 325543)
19191 South Vermont Ave., Suite 900
Torrance, CA 90502
Telephone:   424.221.7400
Facsimile:    424.221.7499
trevor.zeiler@nelsonmullins.com

Mark R. Nash (Pro Hac Vice)
Dennis Hom (Pro Hac Vice)
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone:   404.322.6000
Facsimile:    404.322.6381
mark.nash@nelsonmullins.com
dennis.hom@nelsonmullins.com

Attorneys for Defendant
TESLA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA JACKSON and GEORGE JACKSON, JR, <br><br> Plaintiffs, <br><br> vs. <br><br> TESLA, INC. and DOES ONE through ONE HUNDRED, <br><br> Defendants. | Case No. 5:22-CV-04380-PCP <br><br> (Removed from Santa Clara County Superior Court – Case No. 22CV399465) <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO DISQUALIFY JUDGE P. CASEY PITTS** <br><br> Date:    February 20, 2025 <br> Time:   10:00 a.m. <br> Courtroom: 8 <br><br> District Judge: P. Casey Pitts <br> Magistrate Judge: Virginia K. DeMarchi <br><br> Trial Date:   May 12, 2025 <br> Action Filed: June 1, 2022 |

/ / /

The Court, having considered Defendant Tesla, Inc.'s Motion to Disqualify Judge P. Casey Pitts,

**HEREBY ORDERS AS FOLLOWS:**

Tesla, Inc.'s Motion is **GRANTED**. Judge P. Casey Pitts is disqualified from all further proceedings in this matter.

**IT IS SO ORDERED.**

Dated: _____, 2025       _____
                                    Honorable P. Casey Pitts

[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO DISQUALIFY JUDGE P. CASEY PITTS

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2025, I filed the foregoing document entitled ***[PROPOSED] ORDER GRANTING DEFENDANT TESLA, INC.'S MOTION TO DISQUALIFY JUDGE P. CASEY PITTS*** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

           */s/ Trevor C. Zeiler*
           Trevor C. Zeiler