FILED

MAY 23 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IN RE TESLA INC.<br>_____<br><br>TESLA INC.,<br><br>      Petitioner,<br><br>v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,<br><br>      Respondent,<br><br>SYLVIA JACKSON; GEORGE JACKSON, Jr.,<br><br>      Real Parties in Interest. | No. 25-2367<br><br>D.C. No.<br>5:22-cv-4380-PCP<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: SILVERMAN, W. FLETCHER, and KOH, Circuit Judges.

Petitioner has not demonstrated a clear and indisputable right to the extraordinary remedy of mandamus. *See In re Mersho*, 6 F.4th 891, 897 (9th Cir. 2021) ("To determine whether a writ of mandamus should be granted, we weigh the five factors outlined in *Bauman v. United States District Court*."); *Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). The petition is denied.

**DENIED.**